IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVEDRIVE LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:17-CV-155-WKW |
| TERRY TEW, | ) [WO] |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 13.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 13) is ADOPTED; and

2. This case is DISMISSED without prejudice pursuant to the *Younger* abstention doctrine and for Plaintiff's failure to prosecute this action.

A final judgment will be entered separately.

DONE this 13th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE